IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51267
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 8, 2005

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

OMAR ALEJANDRO CHAVEZ-TORRES

Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-1440)
----------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to the United States District Court for the Western District of Texas, El Paso Division for resentencing in light of the Supreme Court's recent opinion in USA v. Booker and

_____
*Pursuant to 5th Cir. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

this Court's opinion in USA v. Mares is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed alternative motion to extend time to file Appellee's brief fourteen (14) days from the court's denial of the Appellee's motion to vacate and motion to remand is denied as unnecessary.